HON. RICARDO S. MARTINEZ

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9
10
11

DALI-USA, Inc., a Washington corporation,

Plaintiff,

vs.

ILONA KUCHERENKO, a person of unknown origin, d/b/a AUDIOPHILE LIQUIDATOR; and JOHN DOES 1-5, persons or entities of unknown origin,

Defendants.

NO. 2:06-CV-01811-RSM

**FIRST AMENDED COMPLAINT**

~~**JURY DEMAND**~~

12
13
14
15
16
17
18

DALI-USA, INC., a Washington corporation, upon personal information as to

19  its own activities, and upon information and belief as to the activities of others,

20  hereby alleges for its complaint against Ilona Kucherenko ("*Kucherenko*"), and

21  John Does (1-5) ("*John Does*"), as follows:

22                    **I.  NATURE OF THE CASE**

23      1.1.    This is an action for trademark and copyright infringement.

24      1.2.    Plaintiff DALI-USA, Inc. ("*DALI*") is an indirect subsidiary, and

25  exclusive United States licensee, of AudioNord Danmark, owner of the valuable

26  **DALI™** trademark for home audio goods and services.  DALI also owns the

27  copyrights in photographs of its products and the descriptions and specifications of

28  those products.

---

**FIRST AMENDED COMPLAINT - 1**

BALASUBRAMANI LAW

8426 40ᵗʰ Ave SW
Seattle, Washington 98136
(206) 529-4827

1      1.3.    Defendants are infringing upon DALI's rights in the DALI™

2 trademark (the "*Mark*").  Defendants operate various websites  (the "*Infringing*

3 *Sites*") which advertise and take orders for DALI products, but deliver non-DALI

4 branded products or attempt to persuade the customers to accept non-DALI

5 replacement products.  Defendants also use the Mark in a variety of ways in the

6 Infringing Sites and in advertising these sites, despite having no relationship to

7 Dali or any authorization to use the Mark.  Defendants are also infringing on

8 DALI's copyrighted material (the "*Material*") by reproducing copies or derivative

9 works of such material on the Infringing Sites.

## II.  PARTIES

11      2.1.    Plaintiff DALI-USA, Inc. is a corporation organized and existing under

12 the laws of the State of Washington, having its principal place of business located

13 at 3957 Irongate Road, Bellingham, Washington, 98226.

14      2.2.    Defendant Ilona Kucherenko is a person of unknown origin who

15 purports to do business under the Audiophile Liquidator name at 8491 W. Sunset

16 Boulevard  #438, Los Angeles, CA  90069.

17      2.3.    Defendants John Does are persons or entities of unknown domicile

18 who are working with Kucherenko with regards to the actions alleged herein.

## III.  JURISDICTION AND VENUE

20      3.1.    This Court has original jurisdiction over the subject matter of this

21 action pursuant to 28 U.S.C. § 1331, because the causes of action alleged herein

22 arise under the Lanham Act, 15 U.S.C. § 1051, *et seq.* and the U.S. Copyright Act,

23 17 U.S.C. § 101, *et seq.*  The Court has supplemental jurisdiction over the state law

24 claims pursuant to 28 U.S.C. § 1367.

25      3.2.    This Court has personal jurisdiction over Defendants because

26 Defendants took acts directed to the State of Washington, purposefully availed

27 themselves to the laws of the State of Washington, and transacted business with,

28 and sold products and services to, customers located in the State of Washington.

1     3.3.    Venue for this action is proper under 28 U.S.C. § 1391(b) in the United

2  States District Court for the Western District of Washington because this is the

3  judicial district in which a substantial part of the events or omissions giving rise to

4  the claims alleged herein occurred.

5                **IV.  FACTS**

6  **A.    DALI – Background**

7     4.1.    DALI is the preeminent producer of speakers and home audio

8  products.   DALI is a wholly owned subsidiary of DALI Denmark, which in turn is

9  wholly owned by Audionord International (AudioNord Danmark).

10     4.2.    DALI[1] has produced speakers since 1983, and over the years has

11  developed a reputation for producing the highest quality audio products.  DALI is a

12  marquee name in the home audio/speaker market.

13     4.3.    DALI's parent company sells and distributes its products on a

14  worldwide basis.  DALI is the United States arm of the company, which, as the

15  exclusive US licensee for the Mark, handles the marketing and distribution of those

16  products in the United States.

17     4.4.    DALI takes substantial efforts to perfect and protect its intellectual

18  property.  Its brand is protected by the "**DALI**" trademark (U.S. Reg. No. 2,357,877)

19  (the Mark).  It strictly controls the licensing of the Mark and the distributors who

20  are authorized to sell or distribute DALI products.  Only these authorized

21  distributors are licensed to use the Mark, and their use of the Mark is strictly

22  limited.

23     4.5.    Similarly, DALI expends significant resources photographing and

24  creating marketing materials (the Materials) for its products.

25     4.6.    The photographs are professionally taken in a manner that highlight

26  the design of the products.  Similarly, the descriptions, brochures, and the

27

28      [1] DALI refers to DALI-USA, INC. or DALI Denmark, as the context requires.  DALI-USA, Inc. handles distribution in the United States for DALI Denmark and is the exclusive United States licensee for the Mark.

1  marketing materials are crafted in a manner that accentuates the features of the

2  products, consistent with the overall marketing message.

3       4.7.   DALI owns the copyrights in the Materials, and licenses the Materials

4  to authorized dealers and distributors.   True and correct copies of copyright

5  registrations in the Materials are attached hereto as *Exhibit A*.

6  **B.    Acts of Infringements Perpetrated Via the Infringing Sites**

7       4.8.   In 2006, DALI began receiving complaints from customers and

8  authorized distributors regarding various web sites which purported to offer DALI

9  products at heavily discounted prices (the Infringing Sites).

10      4.9.   Numerous customers have complained to DALI and DALI's authorized

11 distributors that they ordered the DALI products advertised on the Infringing Sites

12 only to have the Infringing Sites either ship a replacement non-DALI product, or

13 "suggest an alternative".

14      4.10.  Dealers have similarly complained that customers have inquired with

15 them as to the availability of DALI products at the pricing listed on the Infringing

16 Sites when no such products are offered at the Infringing Sites (either at that price

17 or otherwise).

18      4.11.  In short, the Infringing Sites do not actually offer DALI products, but

19 advertise that they do.

20      4.12.  The Infringing Sites all appear to be operated by the same individuals.

21 The Infringing Sites contain the name "Audiophile Liquidator" (or some variant) in

22 their text somewhere, and sell virtually the same products.

23      4.13.  The Infringing Sites do not list a street address anywhere on the

24 Infringing Sites.

25      4.14.  The domain names (the "***Infringing Domains***") through which the

26 Infringing Sites are made available are all registered to Kucherenko.  The

27 Infringing Domains were registered on an anonymous basis by Kucherenko through

28

---

**FIRST AMENDED COMPLAINT - 4**         **BALASUBRAMANI LAW**       8426 40th Ave SW
                                                                    Seattle, Washington 98136
                                                                    (206) 529-4827

1    "proxy registration services" provided by Domains By Proxy, Inc. ("**DBP**").[2]

2    4.15.   Screenshots of one of the Infringing Sites, which purports to offer

3    DALI products are attached hereto as ***Exhibit B.***

4    4.16.   Defendants used, and continue to use, DALI's trademarked and

5    copyrighted materials (the Mark and the Materials) in the context of a classic "bait

6    and switch" scheme.

7    4.16.   The Infringing Sites are not operated by authorized retailers of DALI

8    products, and do not have a license to use the Mark or the Materials.

9    4.17.   In engaging in this bait and switch scheme, Defendants  materially

10   injured, and continue to injure, DALI's brand and goodwill in the Mark, and its

11   rights in the Materials.

12
13
                        **V.  FIRST CAUSE OF ACTION:**
          **FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION**
                           **(15 U.S.C. § 1125)**
14
15   5.1.   DALI incorporates the allegations set forth in paragraphs 1.1 through

16   4.17 above as though fully set forth herein.

17   5.2.   By their use of the DALI™ Mark on the Infringing Sites, Defendants

18   used and continue to use DALI™ as a false designation of origin in such a manner

     which is likely to cause confusion, or to cause mistake, or to deceive as to the
19
     affiliation, connection, or association of Defendants with DALI.
20
21   5.3.   By their use of the DALI™ Mark, Defendants used and continue to use

22   DALI™ as a false designation of origin in such a manner which is likely to cause

23   confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or

     approval of Defendants' goods or services, or commercial activities, by DALI.
24
25   5.4.   Defendants' actions violate DALI's rights under 15 U.S.C. § 1125(a).

26   5.5.   Defendants' actions, as described herein, caused, and continue to

27
     _____
28   [2] Dali originally named DBP as a party.  DBP divulged the identity of the registrant for all
     of the Infringing Domains (Kucherenko) and placed the Infringing Domains on hold.  Consequently,
     DBP is no longer named as a party in the lawsuit.

cause, substantial damages to DALI and its interest in the Mark.

## VI.  SECOND CAUSE OF ACTION:
### FALSE ADVERTISING
### (15 U.S.C. § 1125)

6.1.    DALI incorporates the allegations set forth in paragraphs 1.1 through 5.5 above as though fully set forth herein.

6.2.    Defendants made false or misleading statements (via the Infringing Sites) regarding DALI and its products and services, and regarding the Mark.

6.3.    Defendants' statements actually deceive or are likely to deceive a substantial segment of the advertisement's audience.

6.4.    Defendants' statements concerned a subject material to the decision of consumers to purchase the goods.

6.5.    Defendants' statements relate to goods and services entering interstate commerce.

6.6.    Defendants' statements resulted in actual or probable injury to DALI. The statements violate DALI's rights under 15 U.S.C. § 1125.

## VII.  THIRD CAUSE OF ACTION:
### COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 101)

7.1.    DALI incorporates the allegations set forth in paragraphs 1.1 through 6.6 above as though fully set forth herein.

7.2.    DALI has registered copyrights in the photographs of its products, and in marketing brochures and product libraries, which are displayed on Dali's website (the "*Dali Site*") and the descriptions of the products (*i.e.*, the Materials).

7.3.    Defendants had access to the Dali Site, including the Materials.

7.4.    Defendants copied and/or created derivative works of the photographs and the Materials.

7.5.    Defendants are not licensed or authorized by DALI to use Dali's copyrighted materials.

BALASUBRAMANI LAW

8426 40th Ave SW
Seattle, Washington 98136
(206) 529-4827

7.6.     The foregoing acts of Defendants constitute infringement of DALI's exclusive rights in its copyrighted works under 17 U.S.C. § 106.

7.7.     DALI has been and will continue to be damaged as a result of Defendants' unlawful infringement of DALI's copyrighted works in an amount to be proven at trial.

7.8.     Upon information and belief, Defendants' actions were willful and wanton, and performed in blatant disregard of DALI's rights.

## VIII.  FOURTH CAUSE OF ACTION:
## TRADEMARK INFRINGEMENT
### (15 U.S.C. §§ 1051, et seq.)

8.1.     DALI incorporates the allegations set forth in paragraphs 1.1 through 7.8 above as though fully set forth herein.

8.2.     DALI has all rights (as exclusive US licensee) in the Mark.

8.3.     Defendants used the Mark in commerce (including on the Infringing Sites).

8.4.     Defendants' use of the Mark was and is connected with the sale, distribution, or advertising of goods and services.

8.5.     Defendants used the Mark in a manner likely to cause consumer confusion.

8.6.     Defendants' use of the Mark resulted in injury to DALI.

## IX.  FIFTH CAUSE OF ACTION:
## UNFAIR BUSINESS PRACTICES
### (RCW § 19.86.090)

9.1.     DALI incorporates the allegations set forth in paragraphs 1 though 8.6 above as though fully set forth herein.

9.2.     Defendants' actions herein constitute unfair or deceptive acts or practices in violation of RCW §19.86, *et seq.*

9.3.     Defendants' actions occurred in the context of Defendants' trade or business.

9.4.     Defendants' actions affect the public interest – there is a strong public interest in a marketplace which is free of misleading information.  Defendants' actions contravene this public interest.

9.5.     DALI has been injured in its business or property as a result of Defendants' actions.  Defendants' misappropriates DALI's goodwill and customer base.

9.6.     Defendants' actions caused DALI's injury.

9.7.     Pursuant to RCW § 19.86.090, therefore, DALI is entitled to actual damages in amount to be factually determined, treble damages, and costs of suit, including reasonable attorneys' fees.

## X.  JURY DEMAND

Pursuant to Federal Rule of Civil Procedure Rule 38(b), DALI demands a trial by jury as to all issues so triable in this action.

## XI.  RELIEF REQUESTED

WHEREFORE, DALI prays for the following relief:

1.     <u>Injunctive Relief.</u> That this Court grant an injunction enjoining and restraining Defendants, as well as their partners, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise from: (1) directly or indirectly using the Mark, or any other trademark or any other mark, symbol, device, word, domain name, fictitious business name, or name similar to the Mark (DALI™) which is likely to cause confusion or in a manner that violates DALI's rights under the Lanham Act; (2) reproducing, displaying, broadcasting, distributing, performing, or taking any other action reserved for the copyright owner of any of the Materials; and (3) continuing any and all acts of unfair competition as herein alleged.

2.     <u>Money Damages in the Amount of the Losses of DALI.</u>  That Defendants be required to pay DALI for all damages sustained by DALI by reason

**BALASUBRAMANI LAW**

8426 40th Ave SW
Seattle, Washington 98136
(206) 529-4827

1  of Defendants' improper acts complained herein.

2      3.   <u>Money Damages in the Amount of the Profits of Defendants</u>.  That

3  Defendants be required to pay DALI for all revenue Defendants or their agents or

4  licensees generated by reason of Defendants' improper acts complained herein.

5      4.   <u>Statutory Damages</u>.  That, pursuant to the Lanham Act, and

6  Copyright Act, and Washington Consumer Protection Act, the Court award DALI

7  statutory damages (to the extent available).

8      5.   <u>Costs</u>.  That, pursuant to the Lanham Act, Copyright Act, and

9  Washington Consumer Protection Act, and the principles of equity, the Court award

10 costs of this action to DALI.

11     6.   <u>Infringing Domains</u>.  That Defendants be required to disgorge the

12 Infringing Domains to DALI.

13     7.   <u>Attorney's Fees</u>.  That, pursuant to the Lanham Act, Copyright Act,

14 and Washington Consumer Protection Act, the Court award DALI its reasonable

15 attorney's fees incurred.

16     8.   <u>Other Equitable Relief</u>.  That the Court grant such other and further

17 relief as it shall deem just.

18

19     DATED this 26th day of February, 2007.

20

21                                    **BALASUBRAMANI LAW**

22                          By:

23                                    Venkat Balasubramani (WSBA # 28269)
                                      8426 40th Ave SW
24                                    Seattle WA, 98136
                                      venkat@balasubramani.com
                                      Fax: 206 260-3966

25
                                      Attorneys for Plaintiff
26                                    DALI-USA, INC.

27

28

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-493-458**



EFFECTIVE DATE OF REGISTRATION

Dec 19 2006
Month   Day   Year

RATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼

**DALI SPEAKER LIBRARY COPYRIGHT REGISTRATION**

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

AUDIONORD

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
* ☒ Yes
* ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ DENMARK
{ Domiciled in▶ DENMARK

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ short terms & phrases.
COMPILATION OF TEXT AND DIGITAL IMAGES REPRESENTING A LIBRARY OF AUDIO SPEAKERS &

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2006 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month▶ JANUARY   Day▶ 1   Year▶ 2006
UNITED STATES ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

DALI USA
3957 IRONGATE ROAD
BELLINGHAM, WA 98226

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DALI USA is the exclusive US entity of AUDIONORD

See instructions before completing this space.

APPLICATION RECEIVED
DEC 19 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 19 2006
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

**\*Corrected by C.O. from phone call to Matthew Jellett on 19 Jan 2007.**

EXAMINED BY ☐ DBW

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**  **a**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**\*compilation of digital images and short terms and phrases.**

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          **Account Number** ▼

**7**  **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

MATTHEW W. JELLETT, HUGHES LAW FIRM, PLLC
4164 MERIDIAN STREET, SUITE 302
BELLINGHAM, WA 98226

**b**

Area code and daytime telephone number ▶ 360-647-1296          Fax number ▶ 360-671-2489

Email ▶ mjellett@inventionlaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  DALI USA

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MATT JELLETT, Esq.          Date ▶ DECEMBER 18, 2006

Handwritten signature ▼

**Certificate will be mailed in window envelope to this address:**

Name ▼
HUGHES LAW FIRM, PLLC

Number/Street/Apt ▼
4164 MERIDIAN STREET, SUITE 302

City/State/Zip ▼
BELLINGHAM, WA 98226

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-493-456**

EFFECTIVE DATE OF REGISTRATION

**Dec 19 2006**
Month    Day    Year

IRATE CONTINUATION SHEET.

---

## 1

**TITLE OF THIS WORK ▼**

DALI BROCHURE LIBRARY COPYRIGHT REGISTRATION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

## 2

**a** **NAME OF AUTHOR ▼**

AUDIONORD

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
* ☒ Yes
* ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ DENMARK
     Domiciled in ▶ DENMARK

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼ text, photographs & COMPILATION OF TEXT AND ARTWORK EMBODIED IN AN ADOBE PDF FORMAT

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    2006 ◀ Year    This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.    Month ▶ JANUARY    Day ▶ 1    Year ▶ 2006    UNITED STATES ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

DALI USA
3957 IRONGATE ROAD
BELLINGHAM, WA 98226

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DALI USA is the exclusive US entity of AUDIONORD

APPLICATION RECEIVED
**DEC 19 2006**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**DEC 19 2006**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY ☐ Dan)                                    FORM TX

CHECKED BY

☐ CORRESPONDENCE                                      FOR
  Yes                                                 COPYRIGHT
                                                      OFFICE
                                                      USE
                                                      ONLY

*Amended by C.O. from phone call to
Matthew Jellett on 19 January 2007

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?          **5**
☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**                                                                            **a**   **6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
                                                                                                          See instructions
                                                                                                          before completing
                                                                                                          this space.
**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

 *text, photographs and compilation of text and photographs.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **a**   **7**
**Name** ▼                                              **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼   **b**

MATTHEW W. JELLETT, HUGHES LAW FIRM, PLLC
4164 MERIDIAN STREET, SUITE 302
BELLINGHAM, WA 98226

Area code and daytime telephone number ▶ 360-647-1296                Fax number ▶ 360-671-2489

Email ▶  mjellett@inventionlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the          ☐ author                                **8**
                                              Check only one ❴   ☐ other copyright claimant
                                                                  ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made         ☑ authorized agent of  DALI USA
by me in this application are correct to the best of my knowledge.                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

    MATT JELLETT, ESQ                                   Date ▶ DECEMBER 18, 2006

    Handwritten signature ▼

**9**

Certificate      | Name ▼
will be          | HUGHES LAW FIRM, PLLC
mailed in        | Number/Street/Apt ▼
window           | 4164 MERIDIAN STREET, SUITE 302
envelope         | City/State/Zip ▼
to this          | BELLINGHAM, WA 98226
address:

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REC

**TX 6-493-457**

‖‖‖‖‖‖‖‖‖‖‖‖
*TX6064934570

**EFFECTIVE DATE OF REGISTRATION**

Dec 19 2006
Month    Day    Year

ARATE CONTINUATION SHEET.

---

## 1

**TITLE OF THIS WORK ▼**

DALI SITE COPYRIGHT REGISTRATION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

## 2

**a**    **NAME OF AUTHOR ▼**

AUDIONORD

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ DENMARK
Domiciled in ▶ DENMARK

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼    *text and
COMPILATION OF TEXT AND ARTWORK EMBODIED ON A WEBSITE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given in all cases.
2006    ◀ Year

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**    Complete this information ONLY if this work has been published.
Month ▶ JANUARY    Day ▶ 1    Year ▶ 2006
UNITED STATES    ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

DALI USA
3957 IRONGATE ROAD
BELLINGHAM, WA 98226

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DALI USA is the exclusive US entity of AUDIONORD

**APPLICATION RECEIVED**
DEC 19 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
DEC 19 2006
**FUNDS RECEIVED**

DO NOT WRITE ABOVE THIS LINE — OFFICE USE ONLY

---

✻Amended by C.O. from ph9one call to
Matthew W. Jellett on 20 Jan 2007.

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   **5**
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**   **6  a**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **7  a**
**Name** ▼                                                **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼   **b**

MATTHEW W. JELLETT, HUGHES LAW FIRM, PLLC
4164 MERIDIAN STREET, SUITE 302
BELLINGHAM, WA 98226

Area code and daytime telephone number ▶ 360-647-1296          Fax number ▶ 360-671-2489

Email ▶ mjellett@inventionlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   **8**
                                                     ☐ author
                                Check only one ▶  { ☐ other copyright claimant
                                                     ☐ owner of exclusive right(s)
                                                     ☑ authorized agent of  DALI USA
of the work identified in this application and that the statements made          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MATTHEW W. JELLETT                                          Date▶ DECEMBER 18, 2006

                  Handwritten signature ▼

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼<br>HUGHES LAW FIRM, PLLC<br>Number/Street/Apt ▼<br>4164 MERIDIAN STREET, SUITE 302<br>City/State/Zip ▼<br>BELLINGHAM, WA 98226 |
| --- | --- |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT B





→ Home    → My Cart    → Contact Us

e-mail
********

Login

dali [ Ok ]

**Advanced Search**

Audiophile Liquidator inventory has been purchased from going out of business ventures, for that reason we are able to offer pricing lower than MSRP. We sell factory New, A-Stock Products!



Questons? Please click here to contact us now! (877) 531-6100

## Categories

**Car Audio/Video**

**Consumer Electronics / Audio Pro**

**Consumer Electronics / Video Pro**

## Create An Account

[ Create Account ]

## Manufactures

[ Please Select ▾ ]

## Information

Payments Accepted
Warranty Policy
Corporate/Warehouses
Shipping
Shipping Calculator
Sales Tax
Returns
Security
Product Condition/Available Stock
Order Cancellation Policy
Errors on Our Website
Use Restrictions
Limitation of Liability
Conditions Of Use
Customer Service hours of operations
Gift Voucher FAQ
Links
Contact Us

**Tell A Friend**

### Products meeting the search criteria

Displaying **1** to **40** (of **101** products)          Result Pages:  **1**  2  3  [Next >>]

| | Product Name+ | Price | Buy Now |
|---|---|---|---|
| | Dali Elegance 01 loudspeakers (each) silver | $179.00 | Buy Now! |
| | Dali Elegance 5.1 satellite System (each) black | $1,359.00 | Buy Now! |
| | Dali Elegance 5.1 satellite System (each) silver | $1,359.00 | Buy Now! |
| | Dali Euphonia AS2 subwoofer (each) api | $4,229.00 | Buy Now! |
| | Dali Euphonia AS2 subwoofer (each) cherry | $3,949.00 | Buy Now! |



Dali Euphonia AS2 subwoofer (each) maple — $3,949.00 [Buy Now!]



Dali Euphonia CS4 Alpi (each) — $2,899.00 [Buy Now!]



Dali Euphonia CS4 Cherry/Maple(SHOWN) (each) — $2,799.00 [Buy Now!]



Dali Euphonia MS4 loudspeakers (pair) alpi — $6,379.00 [Buy Now!]



Dali Euphonia MS4 loudspeakers (pair) cherry — $6,049.00 [Buy Now!]



Dali Euphonia MS4 loudspeakers (pair) maple — $6,049.00 [Buy Now!]



Dali Euphonia MS4 loudspeakers (pair) rouge — $6,379.00 [Buy Now!]

[Send]

Tell someone you know about this product.

You must be a registered user to receive our newsletter.

**Specials**



Earthquake Sound Platine Noiree (black)
~~$3,299.00~~
$2,999.00

**Cards We Accept**


Payments by PayPal®


VISA  MasterCard  DISCOVER


🔒 Secured by 128bit SSL

**Affiliate Program**

Affiliate Information
Affiliate Log In



Dali Euphonia MS5 loudspeakers (pair) alpi — $8,809.00 — Buy Now!

Dali Euphonia MS5 loudspeakers (pair) cherry — $8,479.00 — Buy Now!

Dali Euphonia MS5 loudspeakers (pair) maple — $8,479.00 — Buy Now!

Dali Euphonia MS5 loudspeakers (pair) rouge — $8,809.00 — Buy Now!

| | | | |
|---|---|---|---|
|  | Dali Euphonia Phantom In-Wall speaker (each) white paintable | $1,080.00 | **Buy Now!** |
|  | Dali Euphonia RS3 speaker (each) api | $2,889.00 | **Buy Now!** |
|  | Dali Euphonia RS3 speaker (each) cherry | $2,889.00 | **Buy Now!** |
|  | Dali Euphonia RS3 speaker (each) maple | $2,889.00 | **Buy Now!** |
|  | Dali Evidence 370 loudspeakers (pair) black ash | $829.00 | **Buy Now!** |
|  | Dali Evidence 370 loudspeakers (pair) cherry | $829.00 | **Buy Now!** |
|  | Dali Evidence 370 loudspeakers (pair) maple | $839.00 | **Buy Now!** |
|  | Dali Evidence 470 loudspeakers (pair) black ash | $1,299.00 | **Buy Now!** |
|  | Dali Evidence 470 loudspeakers (pair) cherry | $1,299.00 | **Buy Now!** |
|  | Dali Evidence 470 loudspeakers (pair) maple | $1,369.00 | **Buy Now!** |
|  | Dali Evidence 870 loudspeakers (pair) black ash | $1,969.00 | **Buy Now!** |

| | | |
|---|---|---|
| Dali Evidence 870 loudspeakers (pair) cherry | $1,969.00 | **Buy Now!** |
| Dali Evidence 870 loudspeakers (pair) maple | $2,039.00 | **Buy Now!** |
| Dali Evidence C70 center speaker (each) black ash | $549.00 | **Buy Now!** |
| Dali Evidence C70 center speaker (each) cherry | $549.00 | **Buy Now!** |
| Dali Evidence C70 center speaker (each) maple | $559.00 | **Buy Now!** |
| Dali Helicon 300 loudspeakers (pair) cherry | $2,109.00 | **Buy Now!** |
| Dali Helicon 300 loudspeakers (pair) rose nut | $2,109.00 | **Buy Now!** |
| Dali Helicon 400 loudspeakers (pair) cherry | $3,019.00 | **Buy Now!** |
| Dali Helicon 400 loudspeakers (pair) rosenut | $3,019.00 | **Buy Now!** |



| | | |
|---|---|---|
| Dali Helicon 800 loudspeakers (pair) cherry | $4,569.00 | Buy Now! |
| Dali Helicon 800 loudspeakers (pair) rosenut | $4,569.00 | Buy Now! |
| Dali Helicon C200 speaker (each) cherry | $1,359.00 | Buy Now! |
| Dali Helicon C200 speaker (each) rosenut | $1,359.00 | Buy Now! |

Displaying **1** to **40** (of **101** products)      Result Pages:  **1**  2  3  [Next >>]

Back

Copyright © 2005 AudiophileLiquidator.com.
All Rights Reserved.



## Audiophile Liquidator
### GREAT DEALS! GREAT SELECTION!
#### FEATURING THE FOLLOWING BRANDS:
Infinity

→ Home   → My Cart   → Contact Us

e-mail

********

Login

dali    Ok

**Advanced Search**

Audiophile Liquidator inventory has been purchased from going out of business ventures, for that reason we are able to offer pricing lower than MSRP. We sell factory New, A-Stock Products!

Questons? Please click here to contact us now! (877) 531-6100

### Categories

**Car Audio/Video**

**Consumer Electronics / Audio Pro**

**Consumer Electronics / Video Pro**

### Create An Account

Create Account

### Manufactures

Please Select

### Information

Payments Accepted
Warranty Policy
Corporate/Warehouses
Shipping
Shipping Calculator
Sales Tax
Returns
Security
Product Condition/Available Stock
Order Cancellation Policy
Errors on Our Website
Use Restrictions
Limitation of Liability
Conditions Of Use
Customer Service hours of operations
Gift Voucher FAQ
Links
Contact Us

**Tell A Friend**

## Products meeting the search criteria

Displaying **41** to **80** (of **101** products)    Result Pages: [<< Prev]   1 **2** 3   [Next >>]

| | Product Name+ | Price | Buy Now |
|---|---|---|---|
| | Dali Helicon S600 subwoofer (each) cherry | $1,549.00 | Buy Now! |
| | Dali Helicon S600 subwoofer (each) rosenut | $1,549.00 | Buy Now! |
| | Dali Helikon Phantom speaker (each) white paintable | $809.00 | Buy Now! |
| | Dali Helikon W200 speakers (pair) cherry | $1,739.00 | Buy Now! |

1 of 7                                                 12/7/2006 6:24 PM

| Send |

Tell someone you know about this product.

You must be a <u>registered</u> user to receive our newsletter.

**Specials**



<u>Earthquake Sound Platine Noiree (two-tone)</u>
$3,299.00
$2,999.00

**Cards We Accept**




🔒 Secured by 128bit SSL

**Affiliate Program**

<u>Affiliate Information</u>
<u>Affiliate Log In</u>



| | | |
|---|---|---|
| <u>Dali Helikon W200 speakers (pair) rosenut</u> | $1,739.00 | Buy Now! |
| <u>Dali Ikon On-Wall speakers (pair) light oak</u> | $669.00 | Buy Now! |
| <u>Dali Ikon On-Wall speakers (pair) light walnut</u> | $669.00 | Buy Now! |
| <u>Dali Ikon Phantom speaker (each)</u> | $339.00 | Buy Now! |
| <u>Dali Ikon Sub (each) black</u> | $699.00 | Buy Now! |
| <u>Dali Ikon Sub (each) light oak</u> | $699.00 | Buy Now! |
| <u>Dali Ikon Sub (each) light walnut</u> | $699.00 | Buy Now! |
| <u>Dali Ikon Vokal One speaker (each) light oak</u> | $279.00 | Buy Now! |
| <u>Dali Ikon Vokal One speaker (each) light walnut</u> | $279.00 | Buy Now! |
| <u>Dali Ikon Vokal Two speaker (each) light oak</u> | $419.00 | Buy Now! |

| | | | |
|---|---|---|---|
| | Dali Ikon Vokal Two speaker (each) light walnut | $419.00 | Buy Now! |
|  | Dali Ikon1 loudspeakers (pair) light oak | $559.00 | Buy Now! |
|  | Dali Ikon1 loudspeakers (pair) light walnut | $559.00 | Buy Now! |
|  | Dali Ikon2 loudspeakers (pair) light oak | $739.00 | Buy Now! |
|  | Dali Ikon2 loudspeakers (pair) light walnut | $739.00 | Buy Now! |
|  | Dali Ikon5 loudspeakers (pair) light oak | $949.00 | Buy Now! |
|  | Dali Ikon5 loudspeakers (pair) light walnut | $949.00 | Buy Now! |
|  | Dali Ikon6 loudspeakers (pair) light oak | $1,120.00 | Buy Now! |



Dali Ikon6 loudspeakers (pair) light walnut    $1,120.00   **Buy Now!**

Dali Ikon7 loudspeakers (pair) light oak    $1,479.00   **Buy Now!**

Dali Ikon7 loudspeakers (pair) light walnut    $1,479.00   **Buy Now!**

Dali Megaline Version IV (pair) alpi    $30,379.00   **Buy Now!**

Dali Piano Agile loudspeakers (pair) aluminum    $1,139.00   **Buy Now!**

Dali Piano Ambient speaker (pair) aluminum    $659.00   **Buy Now!**



Dali Piano Noble loudspeakers (pair) aluminum — $1,469.00   **Buy Now!**

Dali Piano Vocal center speaker (each) aluminum — $429.00   **Buy Now!**

Dali Pino Forte subwoofer (each) aluminum — $969.00   **Buy Now!**

Dali Royal Menuet II loudspeakers (pair) cherry — $659.00   **Buy Now!**



Dali Royal Menuet II loudspeakers (pair) gloss black — $699.00 — **Buy Now!**

Dali Royal Menuet II loudspeakers (pair) gloss white — $699.00 — **Buy Now!**

Dali Royal Scepter loudspeakers (pair) cherry — $769.00 — **Buy Now!**

Dali Royal Scepter loudspeakers (pair) gloss black — $879.00 — **Buy Now!**

Dali Royal Scepter loudspeakers (pair) gloss white — $879.00 — **Buy Now!**

Dali Royal Tower loudspeakers (pair) cherry — $909.00 — **Buy Now!**



| | Dali Royal Tower loudspeakers (pair) gloss black | $1,029.00 | **Buy Now!** |
|---|---|---|---|
| | Dali Royal Tower loudspeakers (pair) gloss white | $1,029.00 | **Buy Now!** |

Displaying **41** to **80** (of **101** products)     Result Pages: [<< Prev]   **1** **2** 3  [Next >>]

**Back**

Copyright © 2005 AudiophileLiquidator.com.
All Rights Reserved.





Send

Tell someone you know about this product.

You must be a registered user to receive our newsletter.

**Specials**

Sonance Virtuoso V834DR pair
$1,099.00
$899.00

**Cards We Accept**

Payments by
PayPal

VISA  MasterCard  DISCOVER NETWORK

Secured by 128bit SSL

**Affiliate Program**

Affiliate Information
Affiliate Log In

Dali Suite 1.7 loudspeakers (pair) golden cherry          $739.00   Buy Now!

Dali Suite 1.7 loudspeakers (pair) silver          $739.00   Buy Now!

Dali Suite 2.8 loudspeakers (pair) golden cherry          $949.00   Buy Now!

Dali Suite C0.7 center speaker (each) golden cherry          $329.00   Buy Now!

Dali Suite C0.7 center speaker (each) silver          $329.00   Buy Now!

Dali Suite C0.8 center speaker (each) golden cherry          $389.00   Buy Now!



Dali Suite C0.8 center speaker (each) silver    $389.00    **Buy Now!**

Dali Suite R 0.7 speakers (pair) golden cherry    $419.00    **Buy Now!**

Dali Suite R 0.7 speakers (pair) silver    $419.00    **Buy Now!**

Dali Suite R 0.8 speakers (pair) golden cherry    $459.00    **Buy Now!**

Dali Suite R 0.8 speakers (pair) silver    $459.00    **Buy Now!**

Dali Suite Sub 1.2 (each) black    $559.00    **Buy Now!**



Dali Suite Sub 1.2 (each) golden cherry    $559.00    **Buy Now!**

Dali Suite Sub 1.2 (each) silver    $559.00    **Buy Now!**

Dali SWA-15 subwoofer (each) black    $1,120.00    **Buy Now!**

Dali SWA-15 subwoofer (each) golden cherry    $1,120.00    **Buy Now!**

Dali SWA-8 subwoofer (each) black    $459.00    **Buy Now!**

Dali SWA-8 subwoofer (each) golden cherry    $459.00    **Buy Now!**

Displaying **81** to **101** (of **101** products)

Result Pages: [<< Prev]  1  2  **3**

**Back**

Copyright © 2005 AudiophileLiquidator.com.
All Rights Reserved.